```
                                    ENTERED
                                    COUNSEL/...

                                    SEP 13 2010

                                    CLERK US DISTRICT COURT
                                    DISTRICT OF NEVADA
                                BY:                        DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEFFREY VAN DOREN, ) <br> ) <br> Defendant. ) | 2:10-CR-017-KJD (RJJ) |

### FINAL ORDER OF FORFEITURE

On April 27, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Red. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 2253(a)(1) and (a)(3), based upon the plea of guilty by defendant JEFFREY VAN DOREN to criminal offense, forfeiting specific property alleged in the Criminal Indictment and the Bill of Particulars for Forfeiture of Property and shown by the United States to have a requisite nexus to the offense to which defendant JEFFREY VAN DOREN pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 1, 2010 through May 30, 2010, notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

1  This Court finds no petitions are pending with regard to the assets named herein and the time
2  for presenting such petitions has expired.

3  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6  32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21, United States
7  Code, Section 853(n)(7) and shall be disposed of according to law:

8   a) any book, magazine, periodical, film, videotape, or other matter which
9      contains any such visual depiction, which was produced, transported,
10     mailed, shipped, or received; computer im ages, including movie and still
11     im age tiles, depicting a minor engaging in sexually explicit conduct and the
12     diskettes and hard drives on which they are maintained;

13  b) HP Laptop Computer, serial number CND4510TBG, thumb drive and
14     charger;

15  c) Computer External Hard Drive, serial number L21HZ53G; and

16  d) One Hundred Twenty Two (122) Digital Video Discs/tapes.

17  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
18  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
19  as any income derived as a result of the United States of America's management of any property
20  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
21  according to law.

22  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
23  certified copies to the United States Attorney's Office.

24  DATED this __13th__ day of __September__, 2010.

25
26                                                          _____
                                                            UNITED STATES DISTRICT JUDGE

2