UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:10-CR-017-KJD-RJJ |
| vs. | ) |
| JEFFREY VAN DOREN, | ) |
| Defendant. | ) |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in Criminal Case (#35) on September 23, 2010. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

Name of Payee: Carol L. Hepburn
Amount of Restitution: $1,000.00

Name of Payee: The Marsh Law Firm PLLC
Amount of Restitution: $1,000.00

**Total Amount of Restitution Ordered: $2,000.00**

Dated this _____ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE